UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHEM-SAFE ENVIRONMENTAL, INC., a Washington corporation, and ABC HOLDINGS, INC., a Washington corporation, | NO. 1: 14-CV-3021-SAB |
| Plaintiffs, | |
| v. | **ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANTS KITTITAS COUNTY AND JAMES RIVARD** |
| KITTITAS COUNTY, a political subdivision of the State of Washington; JAMES RIVARD, an individual; RICHARD GRANBERG, an individual; GARY BLEEKER, an individual; NORMAN PECK, an individual; and VALERIE BOUND, an individual; and State of Washington, DEPARTMENT OF ECOLOGY, | |
| Defendants. | |

Before the Court is the parties' Stipulated Motion for Voluntary Dismissal of Plaintiffs' Claims Against Defendants Kittitas County and James Rivard, ECF No. 76.

Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs and Defendants Kittitas County

**ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANTS KITTITAS COUNTY AND JAMES RIVARD ~ 1**

and James Rivard agree and stipulate to the dismissal of all claims Plaintiffs have asserted against Kittitas County and James Rivard.

Accordingly, **IT IS HEREBY ORDERED**:

1.  The parties' Stipulated Motion for Voluntary Dismissal of Plaintiffs' Claims Against Defendant Kittitas County and James Rivard, ECF NO. 76, is **GRANTED**.

2.  Plaintiffs' claims asserted against Defendants Kittitas County and James Revard are **dismissed** with prejudice and without fees and costs.

3.  The pending Motion for Summary Judgment, ECF No. 61, is **stricken**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 28th day of January, 2016.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANTS KITTITAS COUNTY AND JAMES RIVARD** ~ 2