# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| CHEM-SAFE ENVIRONMENTAL, INC., a Washington corporation, and ABC HOLDINGS, INC., a Washington corporation, <br> *Plaintiff* <br> v. <br> RICHARD GRANBERG, an individual; GARY BLEEKER, an individual; NORMAN PECK, an individual; and VALERIE BOUND, an individual; and State of Washington, DEPARTMENT OF ECOLOGY <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 1:14-CV-3021-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The state Defendant's Motion for Summary Judgment, ECF No. 50, is GRANTED. Judgment is entered in favor of Valerie Bound and Norm Peck and against Plaintiff. The above-captioned action is remanded to the Yakima County Superior Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian on a motion for Summary Judgment.

Date: 03/11/2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates